# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DYLAN M. CRADDOCK

NO. 2025 KW 0847

**NOVEMBER 3, 2025**

---

In Re:   Dylan M. Craddock, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5166-F-2020.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** Relator does not seek review of a ruling by the district court or request mandamus relief for the court's failure to act on a properly filed pleading. Therefore, this writ presents nothing for this court to review. Furthermore, because relator failed to include a copy of the motion to quash, the court's ruling thereon, the bill of information, and the criminal court minutes, this court cannot address his claim that the time limitation to commence trial has expired.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT